AO 238 (REV. 8/93)

# United States District Court
FOR THE

138         09 HAWAII

UNITED STATES OF AMERICA
VS.

LEWIS, RAY T
92-1128 LIOLIO PL
KAPOLEI     HI  96707

Defendant.

**MANDATORY COURT APPEARANCE IS REQUIRED.**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 30 2008
at 8 o'clock and 50 min. A M.
SUE BEITIA, CLERK

558128     CR.01-00110

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| N036987   H21  DRIVING W/O INSURANCE | 01/12/01 |
| N036988   H21  NO DRIVERS LICENSE | 01/12/01 |

ANSWER TO AN INFORMATION

OFFENSE: NO INSURANCE

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- ~~Cash in the Amount of $xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx may be Forfeited in Lieu of Appearance.~~

Bail set at  $100.00 UNSECURED BOND          WALTER A. Y. H. CHINN, CLERK

by _____
                                                              Deputy Clerk

Date March 28, 2001          U.S. Magistrate Judge Barry M. Kurren
                                       United States Magistrate Judge

---

**RETURN**

| | Date | Location |
|---|---|---|
| **RECEIVED** | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | Date | Location |
|---|---|---|
| | | DISMISSED  Date: APR 29 2005 |

Name _____   Title _____   District: _____
Date _____   Signature _____

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **01/12, 2001** while exercising my duties as a law enforcement officer in the _____ District of _____

I initiated a traffic stop for an expired safety check on the individual indicated on the front of this citation. He could not provide a valid drivers license.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **01/12/01** _____ /s/ _____
                Date              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____ _____
                Date          U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

---

## United States District Court
### Violation Notice

Loc. Code: **H-21**
Violation No.: **N036988**
Print Officer Name: **Jeremy Towe**
Officer No.: **1584**

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: **01/12/01 1:55p**
Offense Charged: **286-102**
Place of Offense: **Essex Rd, Kapolei, Kakaina**

Offense Description: **No Drivers License**

Defendant's Last Name: **Lewis**    First Name: **Ray**    M.I.: **T**
Street Address: **92-1089 Kuhaulua Loop #H**
City: **Kapolei**   State: **HI**   Zip Code: **96709**
Date of Birth: **01-12-59**
Driver's License No.: **None**   D.L. State: ___   Social Security No.: **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**

VEHICLE DESCRIPTION
Vehicle Tag No.: **GSX-195**   Vehicle Tag State: **HI**   Year: **85**   Vehicle Make: **toyota**   Vehicle Color: **white**

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
  ___ I wish to terminate this matter by paying the collateral shown below, enclosed.
  ___ I plead not guilty and promise to appear as required.

YOUR COURT DATE
Court Address: _____   Date: _____   Time: **NW**

Collateral (fine): _____   For payment by credit card, SEE INSTRUCTIONS.

DD FORM 1805, SEP 1998   Original – CVB Copy   Previous edition is obsolete.

N036988    01 001110

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **12 January, 2002**, while exercising my duties as a law enforcement officer in the _____ District of _____

On I initiated a traffic stop for an expired safety sticker. The individual indicated on the front of this citation could not provide proof of insurance for the vehicle he was driving.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/12/2002    _____
              Date              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
              Date              U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

---

001110

N036987

## United States District Court
### Violation Notice

Loc. Code: H-2-1
Violation No.: N036987
Print Officer Name: Jeremy Towe
Officer No.: 1584 01

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
Date and Time of Offense: 01/12/02 1:50pm
Offense Charged: 431-10E-104
Place of Offense: Essex Rd, Kapolei
Offense Description: Driving without Insurance

Defendant's Last Name: Lewis
First Name: Ray
M.I.: T
Street Address: 92-11186 Lidio Pl
City: Kapolei    State: HI    Zip Code: 96709
D.L. State: HI    Date of Birth: 09-12-59
Driver License No.: None
Social Security No.: 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

VEHICLE DESCRIPTION
Vehicle Tag No.: GSX-195
Vehicle Tag State: HI
Year: 95
Vehicle Make: Toyota
Vehicle Color: white

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
   ☐ I wish to terminate this matter by paying the collateral shown below, enclosed.
   ☐ I plead not guilty and promise to appear as required.

YOUR COURT DATE
Court Address: _____    Date: _____    Time: NW

Collateral (fine): _____    For payment by credit card, SEE INSTRUCTIONS.

DD FORM 1805, SEP 1998    Original - CVB Copy    Previous edition is obsolete.
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court).)